**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Malcolm** First name **I.** Middle name **Stewart** Last name and Suffix (Sr., Jr., II, III) | **Elizabeth** First name **J** Middle name **Stewart** Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | **Mac Stewart** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2452 | xxx-xx-8166 |

| Debtor 1 | **Malcolm I. Stewart** | | |
|---|---|---|---|
| Debtor 2 | **Elizabeth J Stewart** | | Case number *(if known)* |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**FDBA  Castle Builders, Inc.**<br>**FDBA  Union Agway**<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **16 Prescott Road**<br>**Washington, ME 04574**<br>_____<br>Number, Street, City, State & ZIP Code<br><br>**Knox**<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**P.O. Box 234**<br>**Piedmont, SC 29673**<br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Malcolm I. Stewart** | |
|---|---|---|
| Debtor 2 | **Elizabeth J Stewart** | Case number *(if known)* _____ |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **CASTLE BUILDERS, INC.** | Relationship to you | **Corporation** |
|---|---|---|---|
| District | **Maine** | When **10/09/19** | Case number, if known **19-10534** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Malcolm I. Stewart**
Debtor 2  **Elizabeth J Stewart**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
| --- | --- |

**12.  Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

**See Attachment**
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
| --- | --- |

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Malcolm I. Stewart**

Debtor 2    **Elizabeth J Stewart**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Malcolm I. Stewart** | | |
|---|---|---|---|
| Debtor 2 | **Elizabeth J Stewart** | | Case number *(if known)* |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Malcolm I. Stewart | /s/ Elizabeth J Stewart |
|---|---|
| **Malcolm I. Stewart** | **Elizabeth J Stewart** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **October  8, 2019** | Executed on  **October  8, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Malcolm I. Stewart** | | |
|---|---|---|---|
| Debtor 2 | **Elizabeth J Stewart** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ James F. Molleur**                                   Date    **October  8, 2019**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**James F. Molleur 002056 Maine**
Printed name

**Molleur Law Office**
Firm name

**419 Alfred Street**
**Biddeford, ME 04005-3747**
Number, Street, City, State & ZIP Code

Contact phone    **(207) 283-3777**          Email address    **jim@molleurlaw.com/tanya@molleurlaw.com**

**002056 Maine ME**
Bar number & State

---

Debtor 1    **Malcolm I. Stewart**
Debtor 2    **Elizabeth J Stewart**                                    Case number *(if known)* _____

---

**Fill in this information to identify your case:**

Debtor 1    **Malcolm I. Stewart**
            First Name              Middle Name              Last Name

Debtor 2    **Elizabeth J Stewart**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF MAINE

Case number
(if known)    _____

☐ Check if this is an
   amended filing

---

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Union Agway**
Name of business, if any

**2179 Heald Highway**
**Union, ME 04862**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**Castle Builders, Inc.**
Name of business, if any

**2179 Heald Highway**
**Union, ME 04862**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

# United States Bankruptcy Court
## District of Maine

In re    **Malcolm I. Stewart**
        **Elizabeth J Stewart**

Case No.

Debtor(s)        Chapter    **7**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __19__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

I, _____**James F. Molleur 002056 Maine**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __19__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **October  8, 2019**

**/s/ James F. Molleur**
Signature of Attorney
**James F. Molleur 002056 Maine**
**Molleur Law Office**
**419 Alfred Street**
**Biddeford, ME 04005-3747**
**(207) 283-3777   Fax: (207) 283-4558**

AAA Portable Toilets
24 Quaker Hill Road
Albion, ME 04910


ABC Supply Co - MBA #737
P.O. Box 415636
Boston, MA 02241-5636


Achorn's Electric
29 Finntown Rd
Warren, ME 04864


Adam Gary
240 Frankfurt Rd
Swanville, ME 04915


ADP Roseland
1 ADP Boulevard
Roseland, NJ 07068


Aflac
1932 Wynnton Road
Columbus, GA 31999-0001


AKA Enterprise
423 Prescott Rd
Washington, ME 04574


Ambit Energy
P.O. Box 864589
Plano, TX 75086


American Container Corp
4 Mills Rd
Newcastle, ME 04553

American National
P.O. Box 22019
Albany, NY 12201-2019


Andrew and Kathy Pelletier
P.O. Box 88
Union, ME 04862


Anne Ayers
507 Overlock Hill Rd
Union, ME 04862


April Wolf
4 Castaway Cove Ln
Damariscotta, ME 04543


AT & T Mobility
PO Box 536216
Atlanta, GA 30353


Barbara Backus
765 Bremen Rd
Waldoboro, ME 04572


Bennett Wholesale Florist
74 Dowd Road
Bangor, ME 04401


Blueberry Broadcasting
P.O. Box 3059
Kennebunkport, ME 04046


Blueberry Fields Bed & Breakfast
673 Razorville Rd
Washington, ME 04574

Bob and Melissa Atherholt
917 Hatchet Rd
Hope, ME 04847


Bookkeeping by Bonnie
288 Mill Street
Rockport, ME 04856


Botanical Interests, Inc.
660 Compton
Broomfield, CO 80020


Brandon Lacasse
81 Rockland Rd
Jefferson, ME 04348


Brandon Moody
408 Skidmore Road
Union, ME 04862


Brett Collomore
529 Union Rd
Appleton, ME 04862


Bruce and Jane Sigsbee
1199 Sennebec Rd
Union, ME 04862


Bruce Hodsdon and Marguerite Wilson
18 Wilson Drive
Port Clyde, ME 04855


Burt Ryan
85 Barrett Hill Rd
Union, ME 04862

Butler, Maxcy & Heath, Inc.
P.O. Box 188
Union, ME 04862


Camden National Bank
Pob 310
Camden, ME 04843


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cargill Animal Nutrition
P.O. Box 419333
Boston, MA 02241-9333


Castle Builders, Inc.
2179 Heald Highway
Union, ME 04862-4807


Cayouette Flooring, Inc.
210 Park Street
Rockland, ME 04841-2126


Chad Sproul
966 Middle Rd
Warren, ME 04864


Cherrell Wilmot
943 Rt 202
Winthrop, ME 04364


Christina Bryant
P.O. Box 33
West Rockport, ME 04865

Christine Diesch
43 Chisholm Pond Rd
Palermo, ME 04354


Christopher Seekins
260 Poor Mills Rd
Belfast, ME 04915


Cindy Vohringer
909 Camden Rd
Hope, ME 04847


Cleanwoods Portable Toilets
David B. Pike
P.O. Box 832
Camden, ME 04843


Cody Stewart
151 Banton Rd
Palermo, ME 04354


Colleen Bryant
18 Brookside Ave
Augusta, ME 04330


Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476


Consolidated Communications
350 S Loop 336 W
Conroe, TX 77304


Corbett Concrete
978 River Rd
Cushing, ME 04563

Crockett Septic, Inc.
167 Morgan Hill Rd
Nobleboro, ME 04555


Dale Pangakis
531 Union Rd
Appleton, ME 04862


Darlene Lapierre
1102 Sennebec Rd
Union, ME 04862


Dave Myers
132 Castaway Cove
Damariscotta, ME 04543


David Lorentzen
181 Deer Run Land
Waldoboro, ME 04572


David Vaughn
38 Bird Farm Rd
Union, ME 04862


DeAnn Vigue
46 Doorman Rd
Washington, ME 04574


Deborah Royroberts
427 Waldoboro Rd
South Thomaston, ME 04858


DeHaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH 45150

Don Grinnell
74 Liberty Rd
Washington, ME 04574


Dustin Robinson
227 Sennebec Rd
Union, ME 04862


Earl Odd
159 Chiefs Lane
Appleton, ME 04862


Edward Rotch
493 Mountain Rd
Washington, ME 04574


Eileen Mehta
87 Luce Lane
Hope, ME 04847


Eugene Winchenback
1899 Old Augusta Rd
Waldoboro, ME 04572


Florence Prouty
123 Kingdom Rd
Blue Hill, ME 04614


Fran Hodgkin
715 Rockland St
Rockport, ME 04856


Gail Cody
1389 Bucksmills
Bucksport, ME 04416

George Hensbee
516 Mills Rd
Whitefield, ME 04353


George Nye
1135 River Rd
St. George, ME 04860


Griffin
P.O. Box 36
Tewksbury, MA 01876-0036


Gutter Service of Maine, LLC
110 Marginal Way, #960
Portland, ME 04101


Hammond Lumber Company
P.O. Box 500
Belgrade, ME 04917


Hanscom & Collins P.A.
P.O. Box 664
Rockland, ME 04841-0664


Harvey Building Products
1400 Main St
Waltham, MA 02451-1689


Haskell's Water Treatment, Inc.
46 Farwell Drive
Rockland, ME 04841


Herbert Hawes & Sons, Inc.
2179 Heald Hwy
Union, ME 04862

Hillman Group
1625 Solutions Center
Chicago, IL 60677-1006


Hunter Farm
398 Foreside Road
Topsham, ME 04086


Ian Wentworth
6 Goodwin Street #2
Oakland, ME 04963


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irv's Drywall
2062 Camden Rd
Warren, ME 04864


Jackie and Michael Denman
2689 Sennebec Rd
Union, ME 04862


Jim and Marie Erskine
265 East Pond Rd
Jefferson, ME 04348


Jim Murphy
54 Lakefarm Circle
Jefferson, ME 04348


Joan and Graham Phaup
20 Rockbrook Drive
Camden, ME 04843

John England
85 South Street
Rockport, ME 04856

John Henderson
41 Washington St., Apt. 5
Augusta, ME 04330

John L. Fromer
145 Appleton Ridge Road
Union, ME 04862

John McCormack
676 Cooper Mills
Windsor, ME 04363

John Penn
853 Feylers Corner
Waldoboro, ME 04572

John Starrett
332 Clary Hill Rd
Union, ME 04862

Johnna Dehlinger and Shaun Rockett
c/o Patrick J. Mellor, Esq.
P.O. Box 248
Rockland, ME 04841-0248

Joseph Mariano
20 Prescott Rd
Washington, ME 04574

Juanita Gross
P.O. Box 876
Waldoboro, ME 04572

Julia Winter
45 Brewster Street
Rockland, ME 04841


Karen Richardson
529 Old Augusta Rd
Waldoboro, ME 04572


Karriann Harford
2507 Winslow Rd
Waldoboro, ME 04572


Kay Wendt
10 Rockridge Rd
Rockport, ME 04856


Lapointe Lumber Co., Inc.
2385 North Belfast Ave
Augusta, ME 04330


Lisa Davis
215 Whitney Rd
Appleton, ME 04862


Lynn LeGloahac
111 Hayden Lane
Cameron, NC 28326


Mac McFarland
21 Gay Street
Rockland, ME 04841


Maine Department of Labor
54 State House Station
Augusta, ME 04333-0054

Maine Employers' Mutual
P.O. Box 11409
Portland, ME 04104


Marc Framton
2507 Winslow Mills Rd
Jefferson, ME 04348


Marianne Tate
96 Robin Street
Skowhegan, ME 04976


Maritime Energy
P.O. Box 485
Rockland, ME 04841-0485


Mark Ward
48 Pine Street
Bucksport, ME 04416


Masters, Fowlie & Engelberg, CPA's
14A School St
Rockland, ME 04841


Metal Unlimited
368 Thorndike Rd
Unity, ME 04988


Michael Reynolds
3 Poors Mill Rd
Belfast, ME 04915


Midcoast Plumbing
43 Highfield Road
Hope, ME 04847

Mike James
8 Racoon Rd
Cushing, ME 04563


Mini and Jim Rigassio
25 Ocean Street
Rockland, ME 04841


Mix Maine Media
P.O. Box 2555
Waterville, ME 04903-2555


Motz & Son Nursery
11445 N.W. Skyline Blvd
Portland, OR 97231


Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019


N.C. Hunt, Inc.
200 South Clary Road
Jefferson, ME 04348


Nancy and Cliff Colson
3 Oak Run
Owls Head, ME 04854


Netherland Bulb Company
13 McFadden Rd.
Easton, PA 18045


Nicki Harvey
39 Marble Ave
Waldoboro, ME 04572

Norm Senechal
432 West Washington Rd
Washington, ME 04574


Office of U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101-4100


Pam Ramsey
240 Common Rd
Union, ME 04862


Paris Farmers Union
P.O. Box D
South Paris, ME 04281


Paul Parreault
356A Wottons Mill Rd
Union, ME 04862


Paulette McKee
85 Hanley Rd
Pittston, ME 04345


Peter and Ellen Mallow
2859 Burketville Rd
Liberty, ME 04949


Peter Harring
281 Augusta Rd
Washington, ME 04574


Philip Johnson
86 Upham Rd
Union, ME 04862

Phoenix Financial Group
10900 Dover Street
Broomfield, CO 80021


Phyllis Fales
10 River Rd
Cushing, ME 04563


Pine Tree Waste, Inc.
87 Pleasant Hill Rd
Scarborough, ME 04074


Plourde's Electrical Services
3100 N Belfast Ave
Augusta, ME 04330


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502


Portfolio Recovery Ass
PO Box 41067
Norfolk, VA 23541


Ralph Richardson
43 Davis Point
Friendship, ME 04547


Randi L. Nelson
c/o Erica M. Johnson, Esq.
Jensen Baird Gardner & Henry
P.O. Box 4510
Portland, ME 04112-4510


Raymond Fowler
2179 Heald Hwy
Union, ME 04862

Regina Rooney
954 Hatchet Mt. Rd
Hope, ME 04847


RepubliCash, LLC
Collections Manager
682 Main Street
South Portland, ME 04106


Rhetoric Technologies
4 Earle Street
Lisbon Falls, ME 04252


Richard Humphrey
41 School Street
Boothbay Harbor, ME 04538


Rob Iserbyt
40 Pleasant St
Rockport, ME 04856


Robbins Lumber & Related Companies
P.O. Box 9
Searsmont, ME 04973


Rodney Lynch
123 Summer St
Rockland, ME 04841


Roger and Janet Palmer
79 Nash Rd
Waldoboro, ME 04572


Ron Hawes
2179 Heald Hwy
Union, ME 04862

Ronald Aho
28 Heikkila Rd
Union, ME 04862


Ronnie Shaw
19 Marsh Rd
Belfast, ME 04915


Ruth Thompson
31 Clary Hill Rd
Warren, ME 04864


Seacoast Security, Inc.
P.O. Box A
West Rockport, ME 04865


SeedWay LLC
P.O. Box 250
Hall, NY 14463-0250


Sharon Caron
P.O. Box 604
Union, ME 04862


Sharon Reishus
213 Jones Rd
Somerville, ME 04348


Soule's Auto Supply
49 River Road
Augusta, ME 04338


State of Maine Bureau of Revenue Service
Compliance Division
P.O. Box 9101
Augusta, ME 04332-9101

Storer Lumber
37 Friendship St
Waldoboro, ME 04572


Sullivan Law, P.C.
2 Church St.
Gardiner, ME 04345


The Foster Agency
20 Bangor Street
Augusta, ME 04330


The Free Press, Inc.
8 North Main St., Ste. 101
Rockland, ME 04841


Tidewater Telecom
133 Back Meadow Rd
Nobleboro, ME 04555


Tiffany Turner
148 Cedar Drive
Warren, ME 04864


Tracey Smith
218 South Shore Dr
Warren, ME 04864


Transco Business Technologies
34 Leighton Road
Augusta, ME 04330


Trenton Stewart
16 Prescott Rd
Washington, ME 04574

U.S. Cellular
8410 W. Bryn Mawr
Chicago, IL 60631-3486


Use and Sales Tax Division
P.O. Box 9107
Augusta, ME 04332


Valerie Jackson
159 Vanner Rd
Washington, ME 04574


Virginia Flood
236 Poor Mills Rd
Belfast, ME 04915


Washington Auto Parts
24 W. Washington Road
Washington, ME 04574


Wayne Brown
38 Sprucehead Rd
South Thomaston, ME 04858


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


William and Sandra Pagnano
835 Clary Hill Rd
Union, ME 04862


William Maynard
36 Woods Rd
Owls Head, ME 04854