**Relief Requested**
**Without a Hearing**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MALCOLM I. STEWART and | ) | Chapter 7 |
| ELIZABETH J. STEWART, | ) | Case No. 19-10535 MAF |
| | ) | |
| Debtors. | ) | |

**APPLICATION OF ANTHONY J. MANHART, CHAPTER 7 TRUSTEE, TO EMPLOY**
**KEENAN AUCTION COMPANY**

NOW COMES Anthony J. Manhart, the duly-appointed, qualified, and acting interim Chapter 7 Trustee in the above-captioned Chapter 7 case (the "Trustee"), by and through his counsel undersigned, and pursuant to 11 U.S.C. §§ 327 and 328, Federal Rule of Bankruptcy Procedure 2014, and D. Me. LBR 2014-1, 2014-2, and 2014-3, respectfully represents:

1. On October 9, 2019, Malcolm I. Stewart and Elizabeth J. Stewart (together, "Debtors") filed an original voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Code").

2. The Trustee is the duly-appointed, qualified, and acting interim Chapter 7 trustee in this case.

3. The Trustee wishes to employ Keenan Auction Company ("Keenan") as auctioneer to assist him in a live onsite auction of certain personal property of Debtors, including retail inventory, equipment, shelving, and displays located at 2179 Heald Highway, Union, Maine (collectively, the "Property").

4. The Trustee now requests approval to employ Keenan for the purpose of evaluating, marketing, preparing for sale, and auctioning the Property pursuant to the terms set forth in the November 7, 2019, Auction Proposal of Keenan, a true copy of which is attached

hereto as Exhibit A, which describes the services that Keenan will render to the Trustee and the estate in further detail and also includes the terms of Keenan's proposed compensation and expenses (including 10% commission plus approved advertising and expenses), which the Trustee requests that the Court approve in its Order approving this Application.

5. It is anticipated that Keenan will assist the Trustee by conducting a live onsite auction of the Property and related services.

6. The Trustee believes that Keenan is well qualified by experience to assist the estate and conduct the services outlined herein.

7. Section 327(a) of the Code provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

8. Section 328(a) of the Code provides:

> The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis.

9. It is in the best interest of the Trustee and the estate that Keenan be retained.

10. The Trustee is satisfied from the Affidavit of Steven P. Keenan, filed together herewith, that Keenan does not hold or represent any entity having an interest adverse to the estate in connection with this case and that Keenan is a disinterested person within the meaning of §§ 327(a) and 101(14) of the Code. Therefore, the Trustee's retention of Keenan under § 327 of the Code is proper and appropriate.

WHEREFORE, Anthony J. Manhart, Chapter 7 Trustee, requests that the Court authorize and allow him to employ Keenan Auction Company, on the terms and conditions outlined above,

-3-

including authorizing, allowing, and empowering the Trustee to enter into, perform, consummate, and implement Exhibit A attached hereto, and grant him such other and further relief as is just and equitable under the circumstances.

Dated at Portland, Maine, this 8th day of November, 2019.

/s/ Bodie B. Colwell
Bodie B. Colwell
Counsel for Anthony J. Manhart,
Chapter 7 Trustee

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
bcolwell@preti.com

# CERTIFICATE OF SERVICE

I, Bodie B. Colwell, hereby certify that I caused to be served true and correct copies of the above Application, the Affidavit of Steven P. Keenan, the proposed Order, and this Certificate of Service, on each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, on this date.

All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

Dated at Portland, Maine, this 8th day of November, 2019.

/s/ Bodie B. Colwell
Bodie B. Colwell
Counsel for Anthony J. Manhart,
Chapter 7 Trustee

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
bcolwell@preti.com

## Service List

Keenan Auction Company
1 Runway Road
South Portland, ME  04106

14959214.1