**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MALCOLM I. STEWART and | ) | Chapter 7 |
| ELIZABETH J. STEWART, | ) | Case No. 19-10535 MAF |
| | ) | |
| Debtors. | ) | |

**ORDER AUTHORIZING TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**

Upon consideration of the Trustee's Motion to Sell Property Free and Clear of All Liens, Claims, Interests, and Encumbrances [Dkt. No. __31__] (the "Motion"), dated November 8, 2019, after notice,

☐    no timely objections to the Motion having been filed by any interested party, and no hearing thereon being necessary, it is, therefore, hereby

<or>

☒    the Court having taken such offers of proof as deemed necessary and having heard the arguments of counsel at a hearing held before me, and any timely filed objections to the Motion having been considered by the Court and either resolved by agreement, withdrawn, or overruled at said hearing, for the reasons stated on the record, it is, therefore, hereby

**ORDERED, ADJUDGED, AND DECREED**

that the Motion is GRANTED in all respects and that the Trustee, pursuant to 11 U.S.C. § 363 of the United States Bankruptcy Code (the "Bankruptcy Code"), be and hereby is authorized to sell the Property (as defined in the Motion), pursuant to the terms and conditions set forth in the Motion free and clear of all liens, claims, interests, and encumbrances, said relief to be effective immediately, notwithstanding Federal Rule of Bankruptcy Procedure 6004(h); and it is hereby further

**ORDERED, ADJUDGED, AND DECREED**

that the payment of amounts at closing to Keenan Auction Company ("KAC"), in accordance with the Auction Proposal from KAC (attached to the Motion as Exhibit A), is hereby APPROVED; and it is hereby further

- 2 -

**ORDERED, ADJUDGED, AND DECREED**

that all of the proceeds from the sale shall be paid to the Chapter 7 Trustee, with any and all liens, claims, interests, and encumbrances to attach to the proceeds of sale with the same validity, force, and effect that they now have as against the estate's interest in the Property, subject to all the rights, remedies, claims, defenses, offsets, demands, causes of action, and objections, if any, of the Trustee, Debtor, and all interested parties with respect to such liens, claims, interests, and encumbrances.

Date:  November 21, 2019                        _____
                                                Michael A. Fagone
                                                United States Bankruptcy Judge
                                                District of Maine

- 3 -

14958989.1